# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 25-2042 Date of Oral Argument: 10/29/26

Caption: National Parks Conservation Association v. EPA

Attorney Arguing: Charles McPhedran, Joshua Smith

Arguing on Behalf of (party name):

National Parks Conservation Association and Sierra Club

Select party type:

☑Appellant ☐Appellee ☐Appellant/Cross-Appellee ☐Appellee/Cross-Appellant ☐Amicus ☐Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time

→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Charles McPhedran

Phone Number (day of argument): 215-206-0352

Principal Argument Time: 8
(for appellants and appellees)

Rebuttal Argument Time (if any): 2
(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: Joshua Smith

Phone Number (day of argument): 503-484-7194

Principal Argument Time: 8
(for appellants and appellees)

Rebuttal Argument Time (if any): 2
(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:

Select one of the following: ☐ Order allowing argument time ☐ Court-Appointed Amicus

Signature: s/ Charles McPhedran Date: 09/03/26